**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 27 2012

JAMES W. McCORMACK, CLERK
By: _____
　　　　　　　　　　DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CATHY J. JONES                                                                   PLAINTIFF

VS.            CASE NO.   3:12-CV-00024-BSM

ARKANSAS STATE UNIVERSITY                                           DEFENDANT

### ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 27th day of January, 20 12.

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: _____
　　　Deputy Clerk